# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2023

### NO. 03-23-00223-CV

**Shereen Jordan, Appellant**

**v.**

**Justin Jordan, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the order denying appellant's motion to modify temporary orders and the order denying appellant's motion for sanctions, both signed by the trial court on March 31, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.